THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA THOMPSON, | CASE NO. C21-0510-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GATE GOURMET, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff has filed motions to dismiss her breach of contract claim (Dkt. No. 6) and to remand the matter to King County Superior Court (Dkt. No. 8). In the interest of judicial efficiency, the Court will consider the motions concurrently. The Clerk is, therefore, DIRECTED to renote Docket Number 6 to June 11, 2021. However, the briefing schedule for each motion is *unchanged*. The deadline for the response and reply briefs regarding each motion is based upon Local Civil Rule 7(d), as applied to the *original* noting dates.

//

//

//

DATED this 19th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C21-0510-JCC
PAGE - 2