UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINDA THOMPSON,

               Plaintiff,

    v.

GATE GOURMET INC., et al.,

               Defendants.

No. 2:21-CV-510-JCC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Defendant Nenette Middleton's Motion to Dismiss (Dkt. 24) is granted and Defendant Middleton is dismissed without prejudice.

(3)     The Clerk is directed to send copies of this Order to counsel for Plaintiff and Defendants, and to the Hon. David W. Christel.

DATED this 4th day of February 2022.

_[signature]_

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1